UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

P<small>REVENT</small> D<small>EV</small> GMBH,

    Plaintiff,

    v.

A<small>DIENT</small> PLC, <small>ET AL.</small>,

    Defendants.
_____/

Case No. 20-cv-13137

U.S. D<small>ISTRICT</small> C<small>OURT</small> J<small>UDGE</small>
G<small>ERSHWIN</small> A. D<small>RAIN</small>

## JUDGMENT

Pursuant to the Order entered on this date, judgment is hereby entered in favor of the Defendants and against the Plaintiff.

**IT IS SO ORDERED.**

Dated: November 30, 2021

                              KINIKIA ESSIX
                             CLERK OF THE COURT

                         BY: s/Teresa McGovern
                                DEPUTY CLERK

APPROVED:

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 30, 2021, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Deputy Clerk